**Dismissed and Opinion Filed April 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01467-CV

### PROPERTY MANAGEMENT UNLIMITED, Appellant
### V.
### JONATHAN BAKER, KHADIJAH BAKER AND ALL OTHER OCCUPANTS, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04281-D**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By postcard dated February 11, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE


191467F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PROPERTY MANAGEMENT
UNLIMITED, Appellant

No. 05-19-01467-CV      V.

JONATHAN BAKER, KHADIJAH
BAKER AND ALL OTHER
OCCUPANTS, Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-19-04281-
D.
Opinion delivered by Justice Nowell.
Justices Schenck and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees JONATHAN BAKER, KHADIJAH
BAKER AND ALL OTHER OCCUPANTS recover their costs of this appeal from
appellant PROPERTY MANAGEMENT UNLIMITED.

Judgment entered this 14th day of April, 2020.